UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

ANDREY GOLIKOV,
    Bolshoy Haritonjevsky Pereulok, 16-18
    Flat 25
    Moscow, Russian Federation 107078

        Plaintiff,

  - against -

ANTONY J. BLINKEN
    in his official capacity as
    Secretary of the United States
    Department of State
    2201 C St., NW
    Washington, D.C. 20520

THE UNITED STATES
DEPARTMENT OF STATE
    2201 C St., NW
    Washington, D.C. 20520

JIM MULLINAX,
    in his official capacity as
    Director of the
    United States Department of State
    Bureau of Economic and Business Affairs
    Office of Economic Sanctions Policy
    & Implementation
    2201 C St., NW
    Suite 4657
    Washington, D.C. 20520

THE UNITED STATES DEPARTMENT OF
STATE, OFFICE OF ECONOMIC
SANCTIONS POLICY AND
IMPLEMENTATION
    2201 C St., NW
    Suite 4657
    Washington, D.C. 20520

Case No. 23-CV-1752-BAH

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

| | |
|---|---|
| JANET YELLEN, | : |
|     in her official capacity as | : |
|     Secretary of the United States | : |
|     Department of the Treasury | : |
|     1500 Pennsylvania Ave., NW | : |
|     Washington, D.C. 20220 | : |
| | : |
| THE UNITED STATES DEPARTMENT OF | : |
| THE TREASURY, | : |
|     1500 Pennsylvania Ave., NW | : |
|     Washington, D.C. 20220 | : |
| | : |
| ANDREA M. GACKI, | : |
|     in her official capacity as | : |
|     Director of the | : |
|     United States Department of the Treasury | : |
|     Office of Foreign Assets Control | : |
|     1500 Pennsylvania Ave., NW-Annex | : |
|     Washington, D.C. 20220 | : |
| | : |
|     and | : |
| | : |
| THE UNITED STATES DEPARTMENT | : |
| OF THE TREASURY, OFFICE OF FOREIGN | : |
| ASSETS CONTROL, | : |
|     1500 Pennsylvania Ave., NW-Annex | : |
|     Washington, D.C. 20220 | : |
| | : |
|             Defendants. | : |

------------------------------------------------------------ x

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

WHEREAS, on July 20, 2023, Defendant OFAC removed Plaintiff Andrey Golikov's name from the Specially Designated Nationals and Blocked Persons List (the "SDN List") and his sanctions designation was rescinded; and

WHEREAS, Defendant OFAC's action effectively indicates that it approved Plaintiff's administrative request for reconsideration of his sanctions designation; and

WHEREAS, the instant action sought relief in the form of the defendants adjudicating the Plaintiff's administrative request for reconsideration of his sanctions designation and the removal of his name from the SDN List.

NOW, THEREFORE, Plaintiff, Andrey Golikov, hereby dismisses this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 26, 2023

Respectfully submitted,

/s/ Amir H. Toossi
Amir H. Toossi
Akrivis Law Group PLLC
747 Third Avenue, 32nd Floor
New York, NY 10022
Telephone: (646) 280-6370
Email: atoossi@akrivislaw.com
Bar ID: NY0529

/s/ Farhad Alavi
Akrivis Law Group PLLC
5335 Wisconsin Avenue, Suite 440
Washington, D.C. 20015
Telephone: (202) 730-1271
Email: falavi@akrivislaw.com
Bar ID: 500560

*Counsel for Andrey Golikov*